CATHY KNAUSS, )
)
     Plaintiff, )
)
  v. )
)
LIFE TIME, INC., )    C.A. NO. 3:25-cv-00844
)
     Defendant. )
)
)
)
)

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Life Time, Inc., who is a Defendant, makes the following disclosure:

1.     Is the party a publicly held corporation or other publicly-held entity?

     ( ) Yes     (X) No

2.     Does the party have any parent corporations?

     (X) Yes     ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

     Life Time Group Holdings, Inc.

3.     Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?

     (X) Yes     ( ) No

If yes, identify all such owners:

     Life Time Group Holdings, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes          (X) No

5. Is the party a trade association?

   ( ) Yes          (X) No

6. If the cases arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:  n/a.

Dated this the 24th day of October, 2025

*/s/S. Abigail Littrell*

S. Abigail Littrell, NC #49354
Elizabeth R. Gift, NC # 44331
Attorneys for Defendant Life Time, Inc.
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email:  abby.littrell@ogletree.com
Email:  elizabeth.gift@ogletree.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I, S. Abigail Littrell, hereby certify that on this day, I electronically filed the foregoing

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of Court using

the CM/ECF system, which sent notification of such filing to:

Ryan Sears
The Law Firm of Ryan J. Sears LLC
338 S. Sharon Amity Rd
Charlotte, NC 28211
Telephone: (216) 702-0535
Email: rjs@jagdefenders.com


Dated this the 24th of October, 2025.


*/s/S. Abigail Littrell*
S. Abigail Littrell, NC #49354
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email:  abby.littrell@ogletree.com