**IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:25-cv-00844-KDB-SCR**

| | |
|---|---|
| **CATHY KNAUSS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **LIFE TIME, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Before the Court is the parties' Joint Stipulated Motion for Order to Stay Proceedings in Favor of Arbitration (Doc. No. 3). Finding that there is good cause for the Motion and that the relief requested is just and appropriate, the Court Orders as follows:

1. The Motion is **GRANTED**; and

2. The parties are **ORDERED** to submit their dispute to arbitration according to their agreement, this is case is **STAYED** pending the conclusion of arbitration; and

3. The parties are **ORDERED** to submit a status report 90 days from the date of this Order, and each 90 days thereafter.

**SO ORDERED**.

Signed: October 31, 2025

Susan C. Rodriguez
United States Magistrate Judge